UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24010-CIV-MORENO/MCALILEY

CHRISTOPHER L. PARKER, et al.

    Plaintiffs,

v.

AMERICAN TRAFFIC SOLUTIONS, INC., et al.

    Defendants.

_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

DONE AND ORDERED in chambers at Miami, Florida, this 15th day of December, 2014.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

This cause will be reassigned by the Clerk's Office in accordance with the Local Rules for the Southern District of Florida and the applicable Administrative Order.

All documents for filing in this case shall carry the following case number and

designation: 14-24010-CIV-MORENO/GARBER.

    BY ORDER OF THE COURT this __16__ day of December, 2014, Miami, Florida.

                                    STEVEN M. LARIMORE
                                    Clerk of Court

                                    By: _/s/ Tiffany Pell_____

cc:
The Honorable Federico A. Moreno
The Honorable Barry L. Garber
Counsel of Record