# VERIFIED RETURN OF SERVICE



Job # 234002

**For:**

COHEN MILSTEIN SELLERS & TOLL PLLC
THEODORE J. LEOPOLD, ESQUIRE
2925 PGA BOULEVARD, SUITE 200
PALM BEACH GARDENS, FL 33410

**Case info:**

| PLAINTIFF: | UNITED STATES DISTRICT COURT |
|---|---|
| CHRISTOPHER PARKER, et al. | Court Division: SOUTHERN DISTRICT OF FLORIDA |
| -versus- | |
| DEFENDANT: | County of N/A, FLORIDA |
| ATS CONSOLIDATED, INC., et al. | Court Case # 1:14-CV-24010 SCOLA |

**Service Info:**

Date Received: 3/19/2015 at 1:18 PM

Service: I Served **CITY OF PORT RICHEY FLORIDA c/o MAYOR ELOISE TAYLOR**
With: **SUMMONS IN A CIVIL ACTION; MASTER CONSOLIDATED AMENDED COMPLAINT AND JURY DEMAND**
by leaving with **TAMMY SCHUCK, CITY CLERK, AUTHORIZED TO ACCEPT**
At Business 6333 RIDGE ROAD, PORT RICHEY, FL 34668
On 3/23/2015 at 12:33 PM

Manner of Service: **GOVERNMENT AGENCY**
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

**Served Description:** *(Approx.)*

Age: 40, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 6"**, Weight: **160**, Hair: **Brown** Glasses: **No**

I **STEPHEN DENNIS SCOTT** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

**STEPHEN DENNIS SCOTT**
Signature of Server: _____
Lic #PPS - 9073, County: **PASCO**

**ROCK LEGAL SERVICES & INVESTIGATIONS**
2048 PONCE DE LEON AVENUE
WEST PALM BEACH, FL 33407
Client # 2015006164