UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami District

**Case Number: 14-24010-CIV-MORENO**

CHRISTOPHER L. PARKER et al.,

    Plaintiffs,

vs.

AMERICAN TRAFFIC SOLUTIONS, INC. et al.,

    Defendants.

_____/

## **ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon Plaintiffs' Twelfth Status Report **(D.E. 404)**, filed on **May 29, 2018**.

THE COURT has considered the notice, the pertinent portions of the record, and is otherwise fully advised in the premises. On May 3, 2018, the Florida Supreme Court issued its decision in *Jimenez v. State of Florida, et al.*, No. SC16-1976, 2018 WL 2050000, at *9 (Fla. May 3, 2018), holding that the red-light camera statute at issue in this case, § 316.0083(1)(a), Fla Stat., "authorizes a local government to contract with a private third-party vendor to review and sort information from red light cameras, in accordance with written guidelines provided by the local government, before sending that information to a trained traffic enforcement officer, who determines whether probable cause exists and a citation should be issued." Moreover, because the Florida Supreme Court denied petitioner's motion for hearing on July 3, 2018, the decision is final. Accordingly, it is

**ADJUDGED** that the issue before this Court has been resolved and this case is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this __11__ of July 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record